Order filed November 20, 2014



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00306-CV
_____

## ABILENE REGIONAL MEDICAL CENTER, Appellant

## V.

## STEPHANIE WILSON, Appellee

**On Appeal from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 25879-B**

## O R D E R

Abilene Regional Medical Center has filed a notice of interlocutory appeal from an order overruling Abilene Regional's objections to the report of the plaintiff's expert and denying Abilene Regional's motion to dismiss. The trial court signed the order on August 27, 2014. On November 12, 2014, Abilene Regional filed an untimely notice of interlocutory appeal in the trial court. On

November 14, 2014, Abilene Regional filed in this court a motion for extension of time in which to file the notice of interlocutory appeal. In both of these documents, Abilene Regional asserts that it did not receive notice of the August 27 order until October 23, 2014. Because the notice of appeal and the motion for extension were filed more than fifteen days after the trial court signed the order, we are unable to grant Abilene Regional's motion for extension absent the application of Rule 306a of the Texas Rules of Civil Procedure. *See* TEX. R. APP. P. 2, 26.3. Consequently, we abate this appeal.

TEX. R. CIV. P. 306a provides that, if within twenty days after an appealable order is signed, a party adversely affected by it has neither received the required notice nor acquired actual knowledge of the order, the appellate deadlines shall begin to run from the date that such party received notice or acquired actual knowledge of the order. TEX. R. CIV. P. 306a(4); *see also* TEX. R. APP. P. 4.2(a). In order to establish the application of the rule, the adversely affected party must "prove in the trial court, on sworn motion and notice, the date on which the party or his attorney first either received a notice of the judgment or acquired actual knowledge of the signing and that this date was more than twenty days after the judgment was signed." TEX. R. CIV. P. 306a(5); *see also* TEX. R. APP. P. 4.2(b). After hearing the motion, the trial court shall sign a written order indicating the date when the party first received notice or acquired actual knowledge of the signing of the judgment. TEX. R. APP. P. 4.2(c).

Abilene Regional has not presented this court with any finding by the trial court that reflects the date on which Abilene Regional received notice or acquired actual knowledge of the trial court's August 27 order. Therefore, we will abate this appeal to provide Abilene Regional an opportunity to file with the trial court an appropriate motion and obtain the requisite findings from that court. The trial court clerk is directed to furnish the trial court's findings to this court on or before

December 22, 2014.  Upon receipt of the trial court's findings, this appeal will be reinstated.

The appeal is abated.

PER CURIAM

November 20, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.